371 A.2d 854
Commonwealth v. Gallman, Appellant.

Submitted April 2, 1976. Daniel Preminger, Assistant Defender, and Benjamin Lerner, Defender, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.